JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO FLORES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES, INC., a corporation; STAPLES CONTRACT AND COMMERCIAL, INC., a corporation; GABRIEL HINOJOSA, an individual; and DOES 1 through 80, Inclusive,<br><br>Defendant. | Case No. 2:16−cv−03534−R−AGR<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE MANUEL L. REAL<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>Trial Date: February 21, 2017 |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

Plaintiff Alberto Flores ("Plaintiff") and Defendants Staples, Inc. and Staples Contract and Commercial, Inc. ("Defendants") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).
2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: January 12, 2017

---
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Firmwide:144573440.1 078303.1037